**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Steven Teti | : | |
| | : | |
| Debtor | : | BANKRUPTCY NO. 19-11050 |

### PRAECIPE TO WITHDRAW DEBTOR'S RESPONSE TO MOTION FOR RELIEF OF M & T BANK

### TO THE HONORABLE CLERK AND JUDGES OF SAID COURT:

Kindly withdraw the Response of Debtor to the Motion For Relief of

M & T Bank filed in the above case.

Respectfully submitted:

  /s/ Joseph F. Claffy
Joseph F. Claffy
Attorney for Debtor I.D. No. 35142
26 South Church Street
West Chester, PA 19382
610 429-0900