United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-11050-jkf
Steven P Teti                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 1              Date Rcvd: Dec 19, 2019
                              Form ID: pdf900            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2019.
```
db              Steven P Teti,    313 Marlborough Road,    Kennett Square, PA  19348-1344
14293781        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14276275       +DITECH FINANCIAL, LLC,    P.O. Box 15009,    Tempe, AZ 85284-0109
14315795       +Ditech Financial LLC,    2100 East Elliot Road,    Bldg. 94, Recovery Dept. T-120,
                 Tempe, AZ 85284-1806
14284317       +M&T Bank,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14276277       +NCB Management Services, Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
14276278        Office of UC Benefits,    Claimant Services,    P.O. Box 67503,    Harrisburg, PA 17106-7503
14276279        Phila.Police & Fire FCU,    901 Arch St.,    Philadelphia, PA 19107-2404
14299188       +Police and Fire Federal Credit Union,    3333 Street Road,    Bensalem, PA 19020-2022
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 20 2019 03:32:55     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2019 03:32:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 20 2019 03:32:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14317712        E-mail/Text: camanagement@mtb.com Dec 20 2019 03:32:10     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
14276276        E-mail/Text: camanagement@mtb.com Dec 20 2019 03:32:10     M & T BANK,    P.O. Box 900,
                 Millsboro, DE 19966
14276280        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2019 03:31:13
                 Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541
14317410        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2019 03:53:11
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14276274       ##+American Express,    P.O. Box 360001,    Fort Lauderdale, FL 33336-0001
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2019 at the address(es) listed below:
```
          JOSEPH F. CLAFFY    on behalf of Debtor Steven P Teti claffylaw@gmail.com,
           claffylaw@aol.com;claffylawecf@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| STEVEN P TETI | |
| | : Chapter 13 |
| Debtor(s) | : Bankruptcy No. 19-11050JKF |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is dismissed.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s) plan shall be refunded to the Debtor unless a party files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby terminated and the employer shall cease wage withholding immediately.

BY THE COURT

**Date: December 18, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JOSEPH F CLAFFY ESQ
JOSEPH F CLAFFY & ASSOCIATES
26 S CHURCH ST   ST 1 SOUTH
WEST CHESTER PA 19382-

STEVEN P TETI
313 MARLBOROUGH ROAD
KENNETT SQUARE, PA 19348-1344